IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Williams, Ledwrick D | Case Number: 05 B 34120 |
|---|---|---|
| | Williams, Telisa A | Judge: Wedoff, Eugene R |
| | Printed: 03/10/09 | Filed: 8/26/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 13, 2009
Confirmed: December 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 36,796.00 |  |
| Secured: |  | 6,135.69 |
| Unsecured: |  | 20,836.85 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 1,646.39 |
| Other Funds: |  | 5,977.07 |
| Totals: | 36,796.00 | 36,796.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Martin J O'Hearn | Administrative | 2,200.00 | 2,200.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 6,135.69 | 6,135.69 |
| 4. | National Financial Holdings | Unsecured | 2,706.48 | 2,706.48 |
| 5. | Americredit Financial Ser Inc | Unsecured | 6,241.27 | 6,241.27 |
| 6. | ECast Settlement Corp | Unsecured | 845.26 | 845.26 |
| 7. | National Capital Management | Unsecured | 3,465.95 | 3,465.95 |
| 8. | AT&T | Unsecured | 180.07 | 180.07 |
| 9. | Resurgent Capital Services | Unsecured | 5,126.44 | 101.83 |
| 10. | Resurgent Capital Services | Unsecured | 287.80 | 287.80 |
| 11. | ECast Settlement Corp | Unsecured | 879.50 | 879.50 |
| 12. | Volkswagon Credit | Unsecured | 6,128.69 | 6,128.69 |
| 13. | Bow Flex Inc | Unsecured | | No Claim Filed |
| 14. | First Premier | Unsecured | | No Claim Filed |
| 15. | Aspire Visa | Unsecured | | No Claim Filed |
| 16. | Wide Open West | Unsecured | | No Claim Filed |
| 17. | Christ Hospital | Unsecured | | No Claim Filed |
| 18. | Fairway Service I | Unsecured | | No Claim Filed |
| | | | $ 34,197.15 | $ 29,172.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Ledwrick D
Williams, Telisa A
Printed: 03/10/09

Case Number: 05 B 34120
Judge: Wedoff, Eugene R
Filed: 8/26/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 330.66 |
| 5% | 153.61 |
| 4.8% | 347.10 |
| 5.4% | 613.61 |
| 6.5% | 393.53 |
| 6.6% | (192.12) |
| | $ 1,646.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

